

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00023-CV

**WILLIAM RICHARDSON,**

**Appellant**

 **v.**

**TWIN PEAKS INVESTMENT LLC, FRONT BURNER RESTAURANTS GP LLC, BRENT STROMAN, MANUEL CHAVEZ, PARNELL MCNAMARA AND JOHN DOE,**

**Appellees**

### From the 160th District Court
### Dallas County, Texas
### Trial Court No. 2017-1448-3; MDL-16-00001; DC-15-0918

## MEMORANDUM OPINION

Appellant appeals from an order from a MDL Pretrial Court in Dallas County. By letter dated January 28, 2019, the Clerk of this Court notified appellant that the appeal was subject to dismissal because it appeared the notice of appeal was untimely, the trial court from which the order was rendered is not within this Court's jurisdiction, and the Court may not have jurisdiction of an order from an MDL pretrial court. *See* TEX. R. APP. P. 42.3(b); 44.3. By the same letter, the Clerk warned appellant that the appeal would be

dismissed unless, within 14 days from the date of the letter, a response was filed showing grounds for continuing the appeal. Appellant was further warned that the failure to file a response as requested would also result in the dismissal of the appeal without further notification for failure to comply with this order or a notice from the Clerk. TEX. R. APP. P. 42.3(c).

More than 14 days have passed and no response has been filed. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3, 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins[1]
Appeal dismissed
Opinion delivered and filed February 27, 2019
[CV06]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).